UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JTH TAX LLC d/b/a LIBERTY TAX SERVICE,**

    Plaintiff,

v.                                                                  Case No: 8:20-cv-288-T-35AEP

**RODRIGO DA SILVA, ITAX GROUP LLC, and ISRAEL MARCELINO DA SILVA,**

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 11, 2020, the Parties filed a Notice of Settlement in Principle and Joint Motion to Stay Deadlines, informing the Court that they have reached a settlement in principle of this matter. (Dkt. 57) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Any pro se party